**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**
**Plaintiff,**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY; WESTERLY TOWN COUNCIL; RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIMI SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**
**Defendants**

---

## JOINT MOTION TO EXTEND DEADLINES

---

NOW COME the parties in the above-captioned matter and hereby move this Honorable Court for an order extending all pre-trial deadlines by 90 days. Should this motion be granted, factual discovery will close on September 16, 2005, dispositive motions will be due on September 30, 2005 and pre-trial memoranda will be due on October 17, 2005.

Respectfully submitted,
Plaintiff,
By his attorneys,

Raymond T. Trebisacci /CHR

Raymond T. Trebisacci (#2760)
Trebisacci, Reck & Hall, LLC
398 Liberty Street
Pawcatuck, CT 06379
(860) 599-4000
(860) 599-8702-fax

Dated: June 15, 2005

Respectfully submitted,
Defendants,
By their attorney,

George H. Rinaldi (#5599)
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195 *fax*

O:\Data\612.104\Dktct\Mot\05428.doc