**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**
**Plaintiff,**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY;**
**WESTERLY TOWN COUNCIL;**
**RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIMI SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**
**Defendants**

---

# NOTICE OF DEPOSITION

---

Please take notice that the Defendants, Town of Westerly, Westerly Town Council, Richard Comolli, Patricia Douglas, Ann Schwer, Diana Avedisian, Jaimi Silvestri, Nancy, Richmond, Mary Jane DiMaio, Melinda Boeglin and Etsuko Zuczek, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Kenneth A. Olsen, before a notary public or some other duly authorized person, on the 19th day of August, 2005 at 2:00 p.m. and continuing day to day thereafter until conclusion, at the offices of Little Medeiros Kinder Bulman & Whitney, P.C., 72 Pine Street, Providence, Rhode Island.

Respectfully submitted,

George H. Rinaldi #5599
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195-FAX

August 10, 2005

**CERTIFICATION**

I hereby certify that on the 10th day of August, 2005 I have caused a copy of the within Notice of Deposition to be sent by First Class mail, postage prepaid, to the following counsel of record:

Raymond T. Trebisacci
Trebisacci, Reck & Hall, LLC
398 Liberty Street
Pawcatuck, CT 06379

O:\Data\612.104\Dktct\Not\05569.doc