FILED
SEP 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KENNETH A. OLSEN
Plaintiff,

v. C.A. No: 03-245 ML

TOWN OF WESTERLY;
WESTERLY TOWN COUNCIL;
RICHARD COMOLLI, PATRICIA
DOUGLAS, ANN SCHWER, DIANA
AVEDISIAN, JAIMI SILVESTRI,
NANCY RICHMOND, MARY JANE
DIMAIO, MELINDA BOEGLIN and
ETSUKO ZUCZEK
Defendants

---

# JOINT MOTION TO EXTEND DEADLINES

---

Granted. Mary M. Lisi USDJ 9/30/05

NOW COME the parties in the above-captioned matter and hereby move this Honorable Court for an order extending all pre-trial deadlines by 60 days. Should this motion be granted, factual discovery will close on November 14, 2005, dispositive motions will be due on November 28, 2005 and pre-trial memoranda will be due on December 15, 2005.

While the parties are cognizant that in granting the previous Joint Motion to Extend Deadlines, this Court indicated that no further extensions would be granted, the parties agree that there are extenuating circumstances which justify this additional extension. Prior to the close of discovery, the parties reached a settlement agreement that was conditioned on the approval of the Westerly Town Council. Relying on this tentative agreement, the Plaintiff refrained from conducting depositions which are critical to his case and the Defendants refrained from preparing a Motion for Summary Judgment. While the Town Council was scheduled to

vote on the prepared settlement on September 26, 2005, no vote was taken. It is expected that the Council will vote on this agreement on October 11, 2005.

WHEREFORE, the parties respectfully request this Honorable Court grant their Motion.

Respectfully submitted,
Plaintiff,
By his attorneys,

/s/ [signature] /GHR

Raymond T. Trebisacci (#2760)
Trebisacci, Reck & Hall, LLC
398 Liberty Street
Pawcatuck, CT 06379
(860) 599-4000
(860) 599-8702-fax

Respectfully submitted,
Defendants,
By their attorney,

/s/ [signature]

George H. Rinaldi (#5599)
Little Medeiros Kinder Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903
(401)272-8080
(401)272-8195 *fax*

Dated: September 28, 2005

O:\Data\612.104\Dktct\Mot\05683.docc