**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**
**Plaintiff**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY;**
**WESTERLY TOWN COUNCIL;**
**RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIME SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**
**Defendants**

**NOTICE OF DEPOSITION**

Please take notice that the Plaintiff, Kenneth A. Olsen, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Diana Avedisian, before a notary public or some other duly authorized person, on the 18th day of October, 2005 at 12:00 PM and continuing day to day thereafter until conclusion, at the offices of Trebisacci, Reck & Hall, LLC, 398 Liberty Street, Pawcatuck, Connecticut.

Respectfully submitted,

Raymond T. Trebisacci (#2760)
Trebisacci, Reck & Hall, LLC
398 Liberty Street
Pawcatuck, CT 06379
401-596-3166
or 860-599-4000
Fax 860-599-8702
October 5, 2005

**CERTIFICATION**

I hereby certify that on the 5th day of October, 2005 I have caused a copy of the within Notice of Deposition to be sent by First Class mail, postage prepaid, to the following counsel of record:

George H. Rinaldi, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

Raymond T. Trebisacci (#2760)