**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**
**Plaintiff**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY;**
**WESTERLY TOWN COUNCIL;**
**RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIME SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**
**Defendants**

**STATEMENT OF DISPUTED FACTS**

The Plaintiff disputes the following statement made by the Defendants:

"17. In or about 1981, the first request of Chief James Gulluscio for permission to work beyond his mandatory retirement date was denied."

This is disputed because it is not supported by any affidavit or other evidence submitted by Defendants.

Raymond T. Trebisacci (#2760)
Trebisacci, Hall & Associates
398 Liberty Street
Pawcatuck, CT 06379
401-596-3166
or 860-599-4000
Fax 860-599-8702

Dated December 15, 2005

**CERTFICATION**

I hereby certify that on December 15, 2005, I caused a copy of the within Statement of Disputed Facts to be mailed by first class mail, postage prepaid to George Rinaldi, Little, Medeiros, Kinder, Bulman & Whitney, 72 Pine St., Providence, RI 02903.

Raymond T. Trebisacci (2760)