**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**
**Plaintiff**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY;**
**WESTERLY TOWN COUNCIL;**
**RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIME SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**
**Defendants**

**STATEMENT OF UNDISPUTED FACTS**

The Plaintiff submits the following undisputed facts:

1. Then Town Manager Nolan did not give her reasons for recommending that Plaintiff's extension be denied.

2. The Plaintiff was never notified that his request for extension was denied because of a reprimand in his file.

Raymond T. Trebisacci (#2760)
Trebisacci, Hall & Associates
398 Liberty Street
Pawcatuck, CT 06379
401-596-3166
or 860-599-4000
Fax 860-599-8702

Dated December 15, 2005

**CERTFICATION**

I hereby certify that on December 15, 2005, I caused a copy of the within Statement of Undisputed Facts to be mailed by first class mail, postage prepaid to George Rinaldi, Little, Medeiros, Kinder, Bulman & Whitney, 72 Pine St., Providence, RI 02903.

Raymond T. Trebisacci (2760)