**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KENNETH A. OLSEN**

**v.** **C.A. No: 03-245 ML**

**TOWN OF WESTERLY; et al**

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

Now come the Defendants and hereby respond to the Statement of Undisputed Facts submitted by the Plaintiff in conjunction with his objection to the Defendants' Motion for Summary Judgment on or about December 15, 2005.

2. To the extent the Plaintiff contends that the presence of the reprimand in his file was the sole reason for the denial of his extension request, that allegation is disputed. [1]

Respectfully Submitted
Defendants,

By their Attorneys,

George H. Rinaldi #5599
Little Medeiros Kinder Bulman &
Whitney PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

Dated: December 29, 2005

[1] (Exhibit 7 -- Douglas at 8) ("I thought there should be a blood transfusion, that I thought the top was stale and we needed new blood up there."); (Exhibit 6 -- Avedesian at 11-12) ("I voted to deny his request … because I felt [inter alia] that the department at that time needed new blood, a chance for people to move up[.]") ; see also, (Exhibit 5 -- Comolli at 15) (Observing that "a lot of policemen coming up through the ranks don't like these extensions because it stops them from advancing.") (Exhibit numbers refer to Defendants' Memorandum of Law in Support of their motion for summary judgment.)

**CERTIFICATION**

I hereby certify that on the 29 day of December, 2005 I have caused a true and accurate copy of the within Response to be sent by First Class mail, postage prepaid, to Raymond T. Trebisacci, Esq., Trebisacci, Reck & Hall, LLC, 398 Liberty Street, Pawcatuck, CT 06379.

______________________

O:\Data\612.104\Dktct\Response\05920.doc