UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**KENNETH A. OLSEN**

**VS.** **CA 03-245ML**

**TOWN OF WESTERLY, WESTERLY TOWN COUNCIL, RICHARD COMOLLI, PATRICIA DOUGLAS, ANN SCHWER, DIANA AVEDISIAN, JAIME SILVESTRI, NANCY RICHMOND, MARY JANE DIMAIO, MELINDA BOEGLIN and ETSUKO ZUCZEK**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the Defendants, Town of Westerly, Westerly Town Council, Richard Comolli, Patricia Douglas, Ann Schwer, Diana Avedisian, Jaime Silvestri, Nancy Richmond, Mary Jane DiMaio, Melinda Boeglin and Etsuko Zuczek, pursuant to the Memorandum and Order dated April 17, 2006 GRANTING the Defendants' Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: April 18, 2006